UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TWENTIETH CENTURY FOX FILM CORPORATION, et. al.,

    Plaintiffs,

v.

GEORGE CARTWRIGHT,

    Defendant.

CASE NO. C05-700JLR

DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the court on Plaintiffs' motion for default judgment (Dkt. # 13). Having considered the briefing filed in support thereof, the court GRANTS Plaintiffs' motion for default judgment and ORDERS that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint (Dkt. # 1) in the total principal sum of six thousand dollars ($6,000).

2. Defendant shall pay Plaintiffs' costs of suit in the amount of four thousand dollars ($4,000).

3. Defendant shall be and is hereby enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law as to the following copyrighted motion pictures:

- Napoleon Dynamite;
- Catwoman;

DEFAULT JUDGMENT &
PERMANENT INJUNCTION – 1

1     •      Alien vs. Predator; and

2     •      Office Space

and in any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) ("Plaintiffs' Motion Pictures") including without limitation: by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures; to distribute (i.e., upload) any of Plaintiffs' Motion Pictures; or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated this 4th day of October, 2005.

_____
JAMES L. ROBART
United States District Judge

DEFAULT JUDGMENT &
PERMANENT INJUNCTION – 2